AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |||
|---|---|---|
| BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING | | Name of District Court, and/or Judge/Magistrate Location: **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION** |

**OFFENSE CHARGED**

18 U.S.C. § 1343 - Wire Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 20 years imprisonment;
$250,000 fine;
3 years supervised release; and
$100 special assessment and restitution as determined by the Court

**DEFENDANT - U.S.**

▶ Christopher Michael Gerrans

DISTRICT COURT NUMBER: CR 19 327

**DEFENDANT** — RS

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes ☐ No   If "Yes" give date filed: Month/Day/Year

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any): Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: DAVID L. ANDERSON
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Robin L. Harris

FILED JUL 23 2019 SUSAN Y. SOONG CLERK, U.S. DISTRICT COURT NORTH DISTRICT OF CALIFORNIA

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT      Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                        Before Judge:

Comments:

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2

3                                                          **FILED**

4                                                          JUL 23 2019
5                                                          SUSAN Y. SOONG
                                                           CLERK, U.S. DISTRICT COURT
6                                                          NORTH DISTRICT OF CALIFORNIA

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                             SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,           )   CASE NO.: CR 19 327 RS
                                        )
12        Plaintiff,                    )   VIOLATION:
                                        )
13     v.                               )   18 U.S.C. § 1343 – Wire Fraud
                                        )
14  CHRISTOPHER MICHAEL GERRANS,        )   San Francisco Venue
                                        )
15        Defendant.                    )
                                        )
16                                      )
                                        )
17  _____ )

18                                  I N F O R M A T I O N

19  The United States Attorney charges:

20                              Introductory Allegations

21        At all times relevant to this Information:

22        1.      Defendant, CHRISTOPHER MICHAEL GERRANS, a/k/a CHRIS GERRANS

23  ("GERRANS"), was an individual who resided in the Northern District of California, and worked in San

24  Rafael, California.

25        2.      Sanovas Inc. ("Sanovas") was a Nevada corporation with its principal place of business

26  in San Rafael, California. Sanovas' stated objective was to create medical devices and to patent these

27  devices. At all times relevant to this Information GERRANS worked at Sanovas, and received salary

28  and bonuses paid by Sanovas in connection with his employment.

INFORMATION

3. In approximately May 2014, GERRANS took over the accounting duties for Sanovas. In connection with performing accounting duties for Sanovas, GERRANS assumed responsibility for entering transactions into Quickbooks, which was accounting software used by Sanovas, including payments and accounts payable relating to goods and services purchased by Sanovas.

COUNT ONE:    (18 U.S.C. § 1343 – Wire Fraud)

Paragraphs 1 through 3 of this Information are re-alleged and incorporated as if fully set forth here.

Beginning on or about July 2014 and continuing through at least on or about December 2017, in the Northern District of California, the defendant,

CHRISTOPHER MICHAEL GERRANS,

knowingly and with the intent to defraud participated in, devised, and intended to devise a scheme and artifice to defraud as to a material matter, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by means of omission and concealment of material facts.

THE SCHEME AND ARTIFICE TO DEFRAUD

Using his position at Sanovas and his control over the Quickbooks accounting records, GERRANS devised a scheme to embezzle investor funds from Sanovas to enrich himself. The scheme included GERRANS making false entries in Sanovas' Quickbooks software. These false entries gave the appearance that expenses for goods and services had been incurred by Sanovas and that checks were issued to pay for these goods and services. In truth and fact, no payments were made to the recipients identified in the false entries, and GERRANS caused checks, corresponding to the false Quickbook entries, to be made payable to himself. GERRANS thereafter deposited these checks to his personal bank account and used the funds for his personal expenses.

THE INTERSTATE WIRE TRASMITTION

On or about January 12, 2015, in the Northern District of California, for the purpose of executing the aforementioned scheme and artifice to defraud, the defendant,

CHRISTOPHER MICHAEL GERRANS,

did knowingly transmit and cause to be transmitted, in interstate and foreign commerce, by means of a

INFORMATION                              2

wire communication, certain writings, signs, signals, pictures, and sounds, specifically, an image of check number 7176, drawn on a Sanovas account and made payable to Chris Gerrans, in the amount of $11,973.55, by depositing it into an Automated Teller Machine (ATM) in Novato, California, which caused the image to be transferred by wire to a processing center outside the State of California.

All in violation of Title 18, United States Code, Section 1343.

Dated: July 23, 2019

    DAVID L. ANDERSON
    United States Attorney

    /s/ Robin L. Harris
    ROBIN L. HARRIS
    LLOYD FARNHAM
    Assistant United States Attorneys

INFORMATION    3