DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ROBIN L. HARRIS (CABN 123364)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7321
    Robin.Harris2@usdoj.gov
    Lloyd.Farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:19-CR-00327 EMC |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING |
| CHRISTOPHER MICHAEL GERRANS, | |
| Defendant. | |

      The defendant Christopher Gerrans has been charged by an information with one count of wire fraud, and at a change of plea hearing on September 4, 2019 the defendant entered a guilty plea pursuant to a plea agreement that contemplates cooperation with the government. A status hearing in this case is currently set for May 27, 2020. The parties jointly request that the status conference be continued to July 29, 2020, or a date thereafter convenient for the Court.

      Defendant Christopher Gerrans testified as a witness for the government durnig the January 2020 trial on charges against Lawrence Gerrans, *United States v. Lawrence Gerrans*, Case No. 18-CR-00310

STIPULATION TO CONTINUE STATUS HEARING
3:19-CR-00327 EMC                    1

1  EMC.  The trial concluded on January 29, 2020, and the Court has continued the sentencing hearing for

2  Lawrence Gerrans to June 25, 2020.  The parties anticipate that after the sentencing hearing and any

3  restitution proceedings regarding the charges against Lawrence Gerrans, the parties will ask the Court to

4  schedule a sentencing hearing for the defendant Christopher Gerrans.

5  DATED:  May 13, 2020                                      Respectfully submitted,

6                                                                                      DAVID L. ANDERSON
                                                                                        United States Attorney

8                                                                                      _____/s/_____
                                                                                        ROBIN L. HARRIS
9                                                                                      LLOYD FARNHAM
                                                                                        Assistant United States Attorneys

11                                                                                    BOERSCH & ILLOVSKY LLP

13                                                                                    _____/s/_____
                                                                                        EUGENE ILLOVSKY
                                                                                        Attorney for Defendant Christopher Gerrans

16                                         **[PROPOSED] ORDER**

17       For good cause shown, the Status Conference currently set for May 27, 2020, is continued to

18  July 29, 2020, at 2:30 p.m.

19       IT IS SO ORDERED.

22  DATED:                                                                      _____
                                                                                        HONORABLE EDWARD CHEN
23                                                                                    United States District Judge

STIPULATION TO CONTINUE STATUS HEARING
3:19-CR-00327 EMC                                                           2