UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER MICHAEL GERRANS,<br><br>　　　　Defendant. | Case No. 19-cr-00327-EMC<br><br>[PROPOSED] ORDER CONTINUING HEARING ON MOTION FOR COMPASSIONATE RELEASE AND RELATED DEADLINES |

　　　Having reviewed the foregoing stipulation and GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing on Defendant Christopher Gerrans' Unopposed Motion for Compassionate Release and related deadlines are hereby continued as follows. Supplemental briefs are due March 9, 2022. The hearing currently scheduled for February 23, 2022, is continued to March 23, 2022, at 2:30 p.m. Mr. Gerrans's surrender date is continued from March 2, 2022, to March 30, 2022.

　　　IT IS SO ORDERED.

Dated: February _2_, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　THE HONORABLE EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　United States District Court Judge